# United States of America
## United States Patent and Trademark Office

# FAMEOLOUS

**Reg. No. 5,322,683**  Ashley M Germon (UNITED STATES INDIVIDUAL)
1830 East Broadway, Suite 124-250
**Registered Oct. 31, 2017**  Tuscon, ARIZONA 85716

**Int. Cl.: 41**  CLASS 41: Entertainment in the nature of providing an informational and entertainment website in the fields of celebrity gossip, entertainment, sports and fitness

**Service Mark**  FIRST USE 3-1-2013; IN COMMERCE 3-1-2013

**Principal Register**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-371,121, FILED 03-14-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Fameolous Tea – Stories Seen On The Breakfast Club, ENews, ESPN, n...Extra, US Weekly, BET, DailyMail, The Real Talk Show, KTLA, Wendy.    11/15/17, 7:23 PM

Case 4:17-cv-00557-JAS   Document 1-1   Filed 11/16/17   Page 2 of 20

Exhibit "B"

# Fameolous Tea

HOME

Search …

**LATEST POSTS**



gossip

### D.L Hughley Admits To Having A Baby On His Wife & Claims The Baby Was Killed By The Child's Mother's Boyfriend

✏ Fameolous

D.L Hughley admitted on Angela Yee's podcast show that he got another woman pregnant during his young marriage. At the time of having a baby on his wife the baby got killed by the child's



gossip

### Louisa Johnson's Nudes And Sextape Leaks Via Instagram

✏ Fameolous

X-Factor singer Louisa Johnson is the next victim up in the exposure of celebrities. The singer explicit videos of her performing oral sex on another man has been leaked. The hacker also leaked nudes of Louisa Johnson and explicit videos. Of course we cannot show that on our site to



ROMWE 60% OFF 1st Order SHOP NOW >

**RECENT POSTS**

- D.L Hughley Admits To Having A Baby On His Wife & Claims The Baby Was Killed By The Child's Mother's Boyfriend
- Louisa Johnson's Nudes And Sextape Leaks Via Instagram
- Xscape Breaking Up? Watch The Tension Between The Ladies On Watch What Happens Live (full video)
- Porsha Williams Says It's

mother's boyfriend. D.L Hughley's wife had no clue this was taken place and was told

READ MORE

gossip

# Xscape Breaking Up? Watch The Tension Between The Ladies On Watch What Happens Live (full video)

✏ Fameolous

READ MORE

READ MORE



gossip

# Porsha Williams Says It's Unfair That Kenya Moore Doesn't Have To Bring Her Husband On The Show

✏ Fameolous

Porsha Williams feels Kenya Moore should have to show her husband on RHOA like everyone else. The RHOA star says it's unfair that Kenya is getting away with not having to have her man on the show. "We are on a reality show. Everybody else on the show is obligated

READ MORE



Unfair That Kenya Moore Doesn't Have To Bring Her Husband On The Show
- Watch Remy Ma On Wendy Williams (full interview )



gossip

## Watch Remy Ma On Wendy Williams (full interview )

✏️ Fameolous

READ MORE

gossip

## 6 Men Who Were Convicted Of Rape Or Sexual Assault & Did Less Time Than Meek Mill 2-4 Year Prison Sentence

✏️ Fameolous

I felt it was only right I speak on Meek Mill protest today due to some backlash from the black community. I don't think the people upset are woke nor understand the meaning behind the protest. We all agree that Meek Mill put himself in a situation that ultimately led

READ MORE



gossip

## Teyana Taylor & Iman Shumpert Has A New Show (video)

✏️ Fameolous

READ MORE



gossip

## Alexis Sky Isn't The Only

## Woman Having A Baby By Fetty Wap! 👀

✏ Fameolous

Fetty Wap apparently is having two kids by two different women. In a recent interview the rapper admitted that he's having a girl and boy. Alexis Sky revealed she's having a girl and Fetty's other baby mother Lez is currently pregnant allegedly. It's no confirmation if Fetty is the father

READ MORE


gossip


gossip

## The Truth Behind How the 'Motorsport' came about. Nicki Minaj vs Cardi B (video)

✏ Fameolous

According to Akademiks, Nicki Minaj original verse on the song was a diss track towards Cardi B. However, Cardi B allegedly hears the lyrics and called Atlanta

## Blac Chyna Might Be On Love And Hip Hop !

✏ Fameolous

According to TheJasmineBrand.com, Blac Chyna is in high demand in these reality streets. Rumor has it, Mona Scott-Young has her eyes set on bringing Chyna into

Fameolous Tea – Stories Seen On The Breakfast Club, ENews, ESPN, N.Extra, US Weekly, BET, DailyMail, The Real Talk Show, KTLA, Wendy.

Case 4:17-cv-00557-JAS Document 1-1 Filed 11/16/17 Page 6 of 20

11/15/17, 7:23 PM

Records making threats to walk away from the label if they cleared Nicki Minaj's verse allegedly. Akademiks claims Migos had to go back to

the Love & Hip Hop franchise. During a recent interview, Mona suggested bringing Chyna on the show, since she's now trying to launch a

READ MORE

READ MORE

1  2  3  ...  146  »

Powered by WordPress and WorldStar.

TRADEMARK CEASE AND DESIST LETTER

Exhibit "C"

[FAMEOLOUS]

[9/27/2017]

[Gregg Comeau ]

[4110 Yonge Street, Suite 604☐Toronto, Ontario☐M2P 2B7]

Re: Infringement of the [FAMEOLOUS] mark

Dear [Gregg Comeau]:

We have recently discovered that your business is using the mark [FAMEOLOUS] for your service or product. We believe your use infringes on our ownership Of the FAMEOLOUS mark. We learned of your use of the same or similar [FAMEOLOUS] mark on 9/22/2017. We discovered your use of the mark FAMEOLOUS On Instagram under the username @fameoloustea and on the host provider NameCheap.com hosting service under the domain FAMEOLOUSTEA.com. We believe we have the exclusive right to use this trademark for the following reasons: 1. We have registered the [FAMEOLOUS] mark with the United States Patent and Trademark Office, Register No. [87371121] on [3/14/2017] 2. We began using the mark [FAMEOLOUS] on [3/01/2013] We have established priority In the mark because our use of the mark precedes your use.

3. Since 3/01/2013 we have used the trademark on fameolous.com, fameolousdaily.com, twitter.com/fameolousent , instagram.com/fameolous__, instagram.com/fameolous, instagram.com/fameoloousent, facebook.com/fameolous , youtube.com/fameolous .

Because you are using the same or similar mark on the same or similar products, we believe your use of the mark has caused confusion among our consumers and is likely To continue to cause customer confusion in the future. Because you are using the same or similar mark our followers have followed your accounts thinking it is our company Or partner company. Even after we have asked you to remove our Trademark and sent many cease and desist you have refused. Because of your refusal you have caused Confusion And redirected our traffic to your website which causes us to lose revenue.

While the purpose of this letter is to open a dialogue between us, please be advised that we are prepared to take all actions necessary to protect our mark. You have infringed On our mark. You must cease and desist any use of the mark. Furthermore, you should sign the statement below certifying that you will cease using the mark. We recommend That you consult with an attorney before taking any action. If you have any questions about this letter, please feel free to contact me.

Regards,


------------------------------
Signature of [Ashley Germon]

Cease and Desist Agreement

I, [Gregg Comeau], personally, and on behalf of [FAMEOLOUS] agree to immediately cease and desist from any and all further use of [FAMEOLOUS]. If I or my company breach this agreement, [Ashley Germon] shall be entitled to all costs, including attorney's fees, related to any and all claims or actions brought to enforce this agreement And [Ashley Germon] shall be free to pursue all rights it had as of the date of this letter. I certify that I have the authority to enter into this agreement on behalf of myself and [FAMEOLOUS].

Signature of [Gregg Comeau]

------------------------------
Date

LAW OFFICE OF CALISHA A. FRANCIS, ATTORNEY AT LAW
7458 Northeast 33rd Street, Ste 200, Lauderhill, Florida 33319
*954-612-6126 *954-843-3401 (fax)
*Email: Calisha@CFrancis-CriminalDefense.com

[FAMEOLOUS]

[10/06/2017]

TRADEMARK CEASE AND DESIST LETTER

Exhibit "D"

[Jacky Jasper Media]

Re: Infringement of the [FAMEOLOUS] mark

Dear [Sean Merrick]:

We have recently discovered that your business is using the mark [FAMEOLOUS] for your service or product. We believe your use infringes on our ownership Of the FAMEOLOUS mark. We learned of your use of the same or similar [FAMEOLOUS] mark on 9/22/2017. We discovered your use of the mark FAMEOLOUS On Instagram under the username @fameoloustea and under the domain Fameoloustea.com. We believe we have the exclusive right to use this trademark for the following reasons: 1. We have registered the [FAMEOLOUS] mark with the United States Patent and Trademark Office, Register No. [87371121] on [3/14/2017] 2. We began using the mark [FAMEOLOUS] on [3/01/2013] We have established priority in the mark because our use of the mark precedes your use.

3. Since 3/01/2013 we have used the trademark on fameolous.com, fameolousdaily.com, twitter.com/fameolousent , instagram.com/fameolous__, instagram.com/fameolous, facebook.com/fameolous, youtube.com/fameolous .

Because you are using the same or similar mark on the same or similar products, we believe your use of the mark has caused confusion among our consumers and is likely To continue to cause customer confusion in the future. Because you are using the same or similar mark our followers have followed your accounts thinking it is our company Or partner company. Even after we have asked you to remove our Trademark and sent many cease and desist you have refused. Because of your refusal you have caused Confusion And redirected our traffic to your website which causes us to lose revenue.

While the purpose of this letter is to open a dialogue between us, please be advised that we are prepared to take all actions necessary to protect our mark. You have infringed On our mark. You must cease and desist any use of the mark. Furthermore, you should sign the statement below certifying that you will cease using the mark. We recommend That you consult with an attorney before taking any action. If you have any questions about this letter, please feel free to contact me.

Regards,

*[signature]*

------------------------------
Signature of [Ashley Germon ]

Cease and Desist Agreement

I, [Sean Merrick], personally, and on behalf of [FAMEOLOUS] agree to immediately cease and desist from any and all further use of [FAMEOLOUS]. If I or my company breach this agreement, [Ashley Germon] shall be entitled to all costs, including attorney's fees, related to any and all claims or actions brought to enforce this agreement And [Ashley Germon] shall be free to pursue all rights it had as of the date of this letter. I certify that I have the authority to enter into this agreement on behalf of myself and [FAMEOLOUS].

Signature of [Sean Merrick]

------------------------------
Date
10/06/2017

Digitally Signed September 28, 2017
Sincerely,
/s/ Gregg Comeau
Fameoloustea.com


Exhibit "E"

---

Specification of Copyrighted Content
Fameolousdaily.com , Fameolous.com

Location of Infringing Material
www.fameoloustea.com
http://fameoloustea.com/oh-lord-someone-just-had-to-hate-on-cardi-bs-success-we-knew-it-would-be-azealia-banks-to-do-it/
http://fameoloustea.com/kylie-jenner-is-having-a-girl/
http://fameoloustea.com/omg-the-receipts-they-have-on-wendy-williams-husband-kevin-hunter-living-a-double-life-is-crazy-receipts/
http://fameoloustea.com/news-dropped-that-lil-scrappy-and-bambi-got-married-after-news-broke-about-erica-dixon-graduating-from-college-bambi-throws-shade/
http://fameoloustea.com/ushers-mother-is-tired-of-watching-all-the-drama-involving-her-son-her-response-inside/
http://fameoloustea.com/kylie-jenner-is-at-least-4-months-pregnant-will-have-the-baby-at-home-details/
http://fameoloustea.com/a-little-rhoa-tea-about-the-new-season-video/
http://fameoloustea.com/love-and-hip-hop-cast-member-cisco-blasted-by-his-fake-girlfriend-she-claims-she-doesnt-even-know-him-he-paid-her-to-be-with-him-receipts/
http://fameoloustea.com/bernice-burgos-posted-this-after-news-broke-that-t-i-and-tiny-will-not-be-getting-a-divorce/

Contact Information for Complaining Party
Calisha A. Francis, Esq.
Law Office of Calisha A. Francis, Attorney at Law
Mailing address : 7458 NW 33rd Street Lauderhill, FL 33319
Phone number : 9546126126
Email: cthomlaw@aol.com

FAMEOLOUS Trademark/Copyright Owner
Ashley Germon

Description of how the name cheap registrant www.fameoloustea.com is infringing on my client's Trademark.

This law firm represents FAMEOLOUS in connection with its intellectual
property rights. The use of "FAMEOLOUS" is a violation of my client's
common law trademark rights, common law service mark rights, and trade name
rights, and this letter constitutes FAMEOLOUS' demand that you cease and
Desist any and all use of these domain names. Please be advised that FAMEOLOUS will undertake all appropriate steps to protect its Marks and its associated goodwill. PLEASE GOVERN YOURSELVES ACCORDINGLY.

Trademark Registration:
http://tsdr.uspto.gov/#caseNumber=87371121&caseType=SERIAL_NO&searchType=statusSearch

2

Good Faith Statement

I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. UNDER PENALTY OF PERJURY, I am authorized to act on behalf of Fameolous.com of an exclusive right that is being infringed. I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature
Calisha A. Francis, Attorney at Law

3

Exhibit "F"

September 28, 2017

Fameoloustea.com
fameolous@fameoloustea.com

Recipient:
Namecheap.com
Attn: DMCA/Legal
4600 East Washington Street, Suite 305
Phoenix, AZ 85034

Sent to: legal@namecheap.com
DMCA Counter Notification
re DMCA Notice Submitted by Calisha A. Francis, Esq. cthomlaw@aol.com received on September 27, 2017
A copy of DMCA notice is attached to this document.

To whom it may concern;

I declare, under penalty of perjury, that I have a good faith belief that the complaint against fameoloustea.com of copyright violation is based on mistaken information, misidentification of the material in question, or deliberate misreading of the law.

My contact information is as follows:

Gregg Comeau
Fameoloustea.com
fameolous@fameoloustea.com
4110 Yonge Street, Suite 604
Toronto, Ontario
M2P 2B7

In consideration of the above, demand is hereby made b that all material removed or disabled from the Fameoloustea.com servers as a result of the above referenced DMCA Notice, be restored as provided by Title 17 USC 512(g)(2)and(3).

**Detailed List of Material**
http://fameoloustea.com/oh-lord-someone-just-had-to-hate-on-cardi-bs-success-we-knew-it-would-be-azealia-banks-to-do-it/
http://fameoloustea.com/kylie-jenner-is-having-a-girl/
http://fameoloustea.com/omg-the-receipts-they-have-on-wendy-williams-husband-kevin-hunter-living-a-double-life-is-crazy-receipts/
http://fameoloustea.com/news-dropped-that-lil-scrappy-and-bambi-got-married-after-news-broke-about-erica-dixon-graduating-from-college-bambi-throws-shade/
http://fameoloustea.com/ushers-mother-is-tired-of-watching-all-the-drama-involving-her-son-her-response-inside/
http://fameoloustea.com/kylie-jenner-is-at-least-4-months-pregnant-will-have-the-baby-at-home-details/
http://fameoloustea.com/a-little-rhoa-tea-about-the-new-season-video/
http://fameoloustea.com/love-and-hip-hop-cast-member-cisco-blasted-by-his-fake-girlfriend-she-claims-she-doesnt-even-know-him-he-paid-her-to-be-with-him-receipts/
http://fameoloustea.com/bernice-burgos-posted-this-after-news-broke-that-t-i-and-tiny-will-not-be-getting-a-divorce/

I consent to the jurisdiction of the federal district court for the judicial district in which my address is located or, if my address is outside the United States, for the federal district court for the district of California. I consent that I will accept service of process from the person who provided notification or an agent of such person.

1



Exhibit "G"

# [#DQH-811-30415]: Stolen identity, Trademark, Copyright



**Namecheap Legal & Abuse Team** via namecheap.com

to me

Hello,

Please provide us with a valid DMCA notice covering all the alle competent jurisdiction in order to obtain a Court Order.

Should you have further questions, please let us know.

Regards,
Nataly Bondarenko
Legal & Abuse Department
Namecheap.com

Ticket Details

Ticket ID: DQH-811-30415
Department: Hosting -- Legal and Abuse
Type: Issue
Status: Awaiting Client Response
Priority: High

Helpdesk: https://support.namecheap.com/index.php?/default



Exhibit "H"

Fame olous <fameolous.com@gmail.com>

# [#DQH-811-30415]: Stolen identity, Trademark, Copyright Infringment

**Fame olous** <fameolous.com@gmail.com>  
To: abuse@namecheaphosting.com

Wed, Nov 8, 2017 at 10:14 AM

Specification of Copyrighted Content  
Fameolousdaily.com , Fameolous.com

Location of Infringing Material

http://fameoloustea.com  
http://fameoloustea.com/page/2/  
http://fameoloustea.com/page/3/  
http://fameoloustea.com/page/4/  
http://fameoloustea.com/page/5/  
http://fameoloustea.com/page/6/  
http://fameoloustea.com/page/7/  
http://fameoloustea.com/page/8/  
http://fameoloustea.com/page/9/  
http://fameoloustea.com/page/10/  
http://fameoloustea.com/page/11/  
http://fameoloustea.com/page/12/  
http://fameoloustea.com/page/13/  
http://fameoloustea.com/page/14/  
http://fameoloustea.com/page/15/  
http://fameoloustea.com/page/16/  
http://fameoloustea.com/page/17/  
http://fameoloustea.com/page/18/  
http://fameoloustea.com/page/19/  
http://fameoloustea.com/page/20/  
http://fameoloustea.com/page/21/  
http://fameoloustea.com/page/22/  
http://fameoloustea.com/page/23/  
http://fameoloustea.com/page/24/  
http://fameoloustea.com/page/25/  
http://fameoloustea.com/page/26/  
http://fameoloustea.com/page/27/  
http://fameoloustea.com/page/28/  
http://fameoloustea.com/page/29/  
http://fameoloustea.com/page/30/  
http://fameoloustea.com/page/31/  
http://fameoloustea.com/page/32/  
http://fameoloustea.com/page/33/  
http://fameoloustea.com/page/34/  
http://fameoloustea.com/page/35/  
http://fameoloustea.com/page/36/  
http://fameoloustea.com/page/37/  
http://fameoloustea.com/page/38/  
http://fameoloustea.com/page/39/  
http://fameoloustea.com/page/40/

http://fameoloustea.com/page/41/
http://fameoloustea.com/page/42/
http://fameoloustea.com/page/43/
http://fameoloustea.com/page/44/
http://fameoloustea.com/page/45/
http://fameoloustea.com/page/46/
http://fameoloustea.com/page/47/
http://fameoloustea.com/page/48/
http://fameoloustea.com/page/49/
http://fameoloustea.com/page/50/
http://fameoloustea.com/page/51/
http://fameoloustea.com/page/52/
http://fameoloustea.com/page/53/
http://fameoloustea.com/page/54/
http://fameoloustea.com/page/55/
http://fameoloustea.com/page/56/
http://fameoloustea.com/page/57/
http://fameoloustea.com/page/58/
http://fameoloustea.com/page/59/
http://fameoloustea.com/page/60/
http://fameoloustea.com/page/61/
http://fameoloustea.com/page/62/
http://fameoloustea.com/page/63/
http://fameoloustea.com/page/64/
http://fameoloustea.com/page/65/
http://fameoloustea.com/page/66/
http://fameoloustea.com/page/67/
http://fameoloustea.com/page/68/
http://fameoloustea.com/page/69/
http://fameoloustea.com/page//70/
http://fameoloustea.com/page/71/
http://fameoloustea.com/page/72/
http://fameoloustea.com/page/73/
http://fameoloustea.com/page/74/
http://fameoloustea.com/page/75/
http://fameoloustea.com/page/76/
http://fameoloustea.com/page/77/
http://fameoloustea.com/page/78/
http://fameoloustea.com/page/79/
http://fameoloustea.com/page/80/
http://fameoloustea.com/page/81/
http://fameoloustea.com/page/82/
http://fameoloustea.com/page/83/
http://fameoloustea.com/page/84/
http://fameoloustea.com/page/85/
http://fameoloustea.com/page/86/
http://fameoloustea.com/page/87/
http://fameoloustea.com/page/88/
http://fameoloustea.com/page/89/
http://fameoloustea.com/page/90/
http://fameoloustea.com/page/91/
http://fameoloustea.com/page/92/
http://fameoloustea.com/page/93/
http://fameoloustea.com/page/94/
http://fameoloustea.com/page/95/
http://fameoloustea.com/page/96/
http://fameoloustea.com/page/97/

http://fameoloustea.com/page/98/
http://fameoloustea.com/page/99/
http://fameoloustea.com/page/100/
http://fameoloustea.com/page/101/
http://fameoloustea.com/page/102/
http://fameoloustea.com/page/103/
http://fameoloustea.com/page/104/
http://fameoloustea.com/page/105/
http://fameoloustea.com/page/106/
http://fameoloustea.com/page/107/
http://fameoloustea.com/page/108
http://fameoloustea.com/page/109/
http://fameoloustea.com/page/110/
http://fameoloustea.com/page/111/
http://fameoloustea.com/page/112/
http://fameoloustea.com/page/113/
http://fameoloustea.com/page/114/
http://fameoloustea.com/page/115/
http://fameoloustea.com/page/116/
http://fameoloustea.com/page/117/
http://fameoloustea.com/page/118/
http://fameoloustea.com/page/119/
http://fameoloustea.com/page/120/
http://fameoloustea.com/page/121/
http://fameoloustea.com/page/122/
http://fameoloustea.com/page/123/
http://fameoloustea.com/page/124/
http://fameoloustea.com/page/125/
http://fameoloustea.com/page/126/
http://fameoloustea.com/page/127/
http://fameoloustea.com/page/128/
http://fameoloustea.com/page/129/
http://fameoloustea.com/page/130/
http://fameoloustea.com/page/131/
http://fameoloustea.com/page/132/
http://fameoloustea.com/page/133/
http://fameoloustea.com/page/134/
http://fameoloustea.com/page/135/
http://fameoloustea.com/page/136/
http://fameoloustea.com/page/137/
http://fameoloustea.com/page/138/
http://fameoloustea.com/page/139/
http://fameoloustea.com/page/140/
http://fameoloustea.com/page/141/
http://fameoloustea.com/page/142/
http://fameoloustea.com/page/143/

Contact Information for Complaining Party
Calisha A. Francis, Esq.
Law Office of Calisha A. Francis, Attorney at Law
Mailing address : 7458 NW 33rd Street Lauderhill, FL 33319
Phone number : 9546126126
Email: cthomlaw@aol.com

FAMEOLOUS Trademark/Copyright Owner
Ashley Germon

Description of how the name cheap registrant www.fameoloustea.com is infringing on my client's Trademark.

This law firm represents FAMEOLOUS in connection with its intellectual
property rights. The use of "FAMEOLOUS" is a violation of my client's
common law trademark rights, common law service mark rights, and trade name
rights, and this letter constitutes FAMEOLOUS' demand that you cease and
Desist any and all use of these domain names. Please be advised that FAMEOLOUS will undertake all appropriate steps to protect its Marks and its associated goodwill. PLEASE GOVERN YOURSELVES ACCORDINGLY.

Trademark Registration: http://tsdr.uspto.gov/#caseNumber=87371121&caseType=SERIAL_NO&searchType=statusSearch

Good Faith Statement
I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. UNDER PENALTY OF PERJURY, I am authorized to act on behalf of Fameolous.com of an exclusive right that is being infringed. I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature
Calisha A. Francis, Attorney at Law
[Quoted text hidden]

Ms. Germon,

Thank you for contacting WhoisGuard, Inc. ("WhoisGuard"). We are only in receipt of your email concerning the domain <fameoloustea.com>, (the "Domain"), which you allege is infringing on your rights. Please know that WhoisGuard respects third-party intellectual property rights.

Please be advised that **WhoisGuard does not own, administer, host or provide registration services to the Domain**, but simply provides anonymous privacy protection services to any domain registrant. We are not a hosting company. WhoisGuard services have plainly legitimate purposes, including permitting domain name registrants to avoid SPAM and protecting privacy against information harvesting. See Matthew Bierlin & Gregory Smith, Privacy Year in Review: Growing Problems with Spyware and Phishing, Judicial and Legislative Developments in Internet Governance, and the Impacts on Privacy, 1 I/S: J.L. & POL'Y FOR INFO. SOC'Y 279, 313-14 (2005). WhoisGuard serves no function as an intermediary of these types of disputes, neither is WhoisGuard typically in a position to adequately investigate such claims and pass judgment on the relative merits involved.

In accordance with its policy, WhoisGuard agrees to provide you with the contact information of the owner of the Domain. Please be advised that the information submitted by the registrant to WhoisGuard is:

- Name: Sean Merrick
- Address: 6533 Hollywood Blvd
  Los Angeles
  CA, 90028
  US
- Phone: +1.3233754644
  merrick, sean
- Company: CEO, Jacky Jasper Media
- Email: fameoloustea.com@gmail.com
- Signup IP: 174.34.158.158
- Signup Date: 3/19/2015 10:47:37 AM

Exhibit "I"

Name Server: ns1.fameoloustea.com
Name Server: ns2.fameoloustea.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-09-24T11:41:44.54Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registrar: NameCheap Inc.
Whois Server: whois.namecheap.com
Creation Date: 2017-09-20T18:37:18Z
Updated Date: 2017-09-21T21:10:55Z
Expiration Date: 2018-09-20T18:37:18Z

Nameserver: NS1.FAMEOLOUSTEA.COM
Nameserver: NS2.FAMEOLOUSTEA.COM

Registry Status: clientTransferProhibited

See Underlying Registry Data

Exhibit J








Exhibit "C"

fameoloustea

8 posts    5,107 followers    20 following

Follow

**Fameolous** IG Celebrity Blogger. Stories Seen On The Breakfast Club, ENews, ESPN, TMZ, Complex, Extra, US Weekly, BET, DailyMail, The Real Talk Show, KTLA, Wendy.
fameoloustea.com

Q Search

Get the app

Sign up    Log in









Damn... shit must burn! You had $100k cash ready to be had... now you don't have shit!

Jacky Jasper • Sep 20, 11:51 AM

Exhibit "L"

Ignore    Accept