```
Court Name: United States District Court
Division: 4
Receipt Number: TUC027513
Cashier ID: cortiz
Transaction Date: 11/16/2017
Payer Name: ASHLEY GERMON
-----------------------------------
CIVIL FILING FEES
 For: ASHLEY GERMON
 Case/Party: D-AZX-4-CV-17-000557-001
 Amount:      $400.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00


A fee of $53 will be assessed on
all returned remittances
```

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

9   NOV 16 2017   9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV·17·557·TUC·JAS
Receipt:
  TUC027513